129 F.3d 1255
 William La Tourette
v.
New Jersey Board of Bar Examiners; William La Tourette v.
John R. Hold-Harris Jr., Chair State Bar of Examiners,
Richard J. Bartlett, Laura Swan, Charles T. Beeching, Jr.,
Ira P. Sloane, Members State Board of Law Examiners, State
Board of Law Examiners, John Doe, #1-10, Jane Doe #1-10, Doe
Inc.; William La Tourette v. New Jersey Board of Bar
Examiners, Evan W. Jahos, Mary Ann Burgess, Ronald J.
Freeman, Jeffrey M. Kadish, Donald
 NO. 96-5790
 United States Court of Appeals,
Third Circuit.
 Sept 17, 1997
 
 1
 Appeal From: D.N.J. ,Nos.96cv1864, 96cv2224, 96cv2478 ,
 
 
 2
 Brown and Barry, JJ.
 
 
 3
 Affirmed.